JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN SUN KIL,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ROSS DRESS FOR LESS, INC., et al.,<br><br>　　　　Defendants. | Case No. CV 19-1620 FMO (GJSx)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 5th day of July, 2019.

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge